## Case No. 7,893.

### In re KNOTT et al.

[1 Wkly. Notes Cas. 52.]

District Court, E. D. Pennsylvania. Oct. 28, 1874.

BANKRUPTCY—PRACTICE—PRIVATE SALE — NEGLI-
GENCE BY ASSIGNEE IN NOT SECUR-
ING FULL VALUE.

[The court will authorize a private sale of
land by assignees in bankruptcy, and assure the
title to the purchaser. but, at the same time, will
hold the assignees responsible for any negligence
in not obtaining the best value.]

In the matter of Knott, Roney, and Dibest,
sur individual estate of S. C. Roney. Peti-
tion of assignees for leave to sell undivided
interest in lands at private sale.

G. L. Crawford, for petition.

THE COURT authorized assignees to make
the sale as prayed, so far as the authoriza-
tion may be required to assure the title to
the purchaser, but not so as to exempt them
from responsibility to creditors, for negli-
gence. if any, in obtaining the best value for
the property which is the subject of this pe-
tition.